United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Dennis Alan Bickel
Sandra Rae Bickel
       Debtors

Case No. 19-05443-HWV
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 11, 2020
                 Form ID: ntcnfhrg    Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
```
db/jdb        +Dennis Alan Bickel,    Sandra Rae Bickel,    2048 Mount Vernon Circle,
               Harrisburg, PA 17110-3709
5285351        Bureau of Account Management,    3607 Rosemont Avenue, Suite 502,    PO Box 8875,
               Camp Hill, PA 17001-8875
5285354       +KML Law Group, PC,    BNY Mellon Independence Center,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
5292734        THE HUNTINGTON NATIONAL BANK,    PO BOX 889424,    CLEVELAND, OH 44101-8539
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5296034       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 11 2020 19:38:11
               HYUNDAI CAPITAL AMERICA DBA,    HYUNDAI MOTOR FINANCE,    PO BOX 20809,
               FOUNTAIN VALLEY, CA 92728-0809
5285352       +E-mail/Text: bankruptcy@huntington.com Feb 11 2020 19:37:54     Huntington National Bank,
               PO Box 340996,    Columbus, OH 43234-0996
5285353       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Feb 11 2020 19:38:11
               Hyundai Motor Finance,    PO Box 20829,    Fountain City, CA 92728-0829
5285355       +E-mail/Text: bkteam@selenefinance.com Feb 11 2020 19:37:35     Selene Finance,    PO Box 422039,
               Houston, TX 77242-4239
                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its individual
               capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 2 Sandra Rae Bickel pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles   on behalf of Debtor 1 Dennis Alan Bickel pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dennis Alan Bickel, | Chapter    13 |
| **Debtor 1** | |
| | Case No.    1:19–bk–05443–HWV |
| Sandra Rae Bickel, aka Sandy Rae Bickel, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 18, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 25, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 11, 2020 |

ntcnfhrg (03/18)