United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Dennis Alan Bickel  
Sandra Rae Bickel  
    Debtors

Case No. 19-05443-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 29, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5420857 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004 Irvine, CA 92619-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5420857 | + | Email/Text: BkGeneralInbox@rushmorelm.com | Apr 29 2022 18:33:00 | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3 bkgroup@kmllawgroup.com |

Lauren Marie Moyer
on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Lauren Marie Moyer
on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com

Paul Donald Murphy-Ahles
on behalf of Debtor 2 Sandra Rae Bickel pmurphy@dplglaw.com kgreene@dplglaw.com

Paul Donald Murphy-Ahles
on behalf of Debtor 1 Dennis Alan Bickel pmurphy@dplglaw.com kgreene@dplglaw.com

Richard Postiglione
on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bankruptcy@friedmanvartolo.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-05443-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Dennis Alan Bickel<br>2048 Mount Vernon Circle<br>Harrisburg PA 17110 | Sandra Rae Bickel<br>2048 Mount Vernon Circle<br>Harrisburg PA 17110 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/29/2022.

Name and Address of Alleged Transferor(s):

Claim No. 3: Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708

Name and Address of Transferee:

U.S. Bank Trust N.A. c/o
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708
U.S. Bank Trust N.A. c/o
Rushmore Loan Management Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/01/22

Terrence S. Miller
**CLERK OF THE COURT**