UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Dennis Alan Bickel
Sandra Rae Bickel

Case No.: 1-19-05443HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SN Servicing Corp |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 6580 |
| Property Address if applicable: | 2048 Mount Vernon Circle |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $21,278.40 |
| b. | Prepetition arrearages paid by the trustee: | $21,278.40 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $21,278.40 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 21, 2024

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Dennis Alan Bickel
    Sandra Rae Bickel

Case No.: 1-19-05443HWV

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 21, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles, Esquire
Dethlefs, Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011

**Served by First Class Mail**
SN Servicing Corp
323 5th Street
Eureka, CA 95501

Dennis Alan Bickel
Sandra Rae Bickel
2048 Mount Vernon Circle
Harrisburg, PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 21, 2024

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 19-05443    **DENNIS ALAN BICKEL**

**SN SERVICING CORP**
323 5TH STREET

EUREKA, CA   95501-

**Acct No:** 2048 Mount Vernon - PRE- AR

ARREARS - 2048 MOUNT VERNON CIRCLE

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $156,727.00 | Debt: $21,278.40 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $20,861.05 | Accrued Int: $0.00 | Balance Due: $417.35 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SN SERVICING CORP** | | | | | | | |
| 520-0 | SN SERVICING CORP | | 01/12/2024 | 9017840 | $506.00 | $0.00 | $506.00 | 01/12/2024 |
| 520-0 | SN SERVICING CORP | | 12/19/2023 | 9017683 | $506.00 | $0.00 | $506.00 | 12/19/2023 |
| 520-0 | SN SERVICING CORP | | 11/15/2023 | 9017515 | $506.00 | $0.00 | $506.00 | 11/15/2023 |
| 520-0 | SN SERVICING CORP | | 10/18/2023 | 9017339 | $532.40 | $0.00 | $532.40 | 10/18/2023 |
| 520-0 | SN SERVICING CORP | | 09/19/2023 | 9017161 | $532.40 | $0.00 | $532.40 | 09/19/2023 |
| 520-0 | SN SERVICING CORP | | 08/09/2023 | 9016976 | $532.40 | $0.00 | $532.40 | 08/09/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/11/2023 | 2027053 | $532.40 | $0.00 | $532.40 | 07/25/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/13/2023 | 2026134 | $511.50 | $0.00 | $511.50 | 06/26/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/16/2023 | 2025197 | $511.50 | $0.00 | $511.50 | 05/31/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 04/18/2023 | 2024200 | $511.50 | $0.00 | $511.50 | 04/28/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 03/15/2023 | 2023156 | $511.50 | $0.00 | $511.50 | 03/24/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 02/15/2023 | 2022160 | $511.50 | $0.00 | $511.50 | 02/28/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021159 | $511.50 | $0.00 | $511.50 | 01/27/2023 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 12/13/2022 | 2020159 | $511.50 | $0.00 | $511.50 | 01/05/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 11/16/2022 | 2019197 | $511.50 | $0.00 | $511.50 | 12/13/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 10/18/2022 | 2018179 | $539.55 | $0.00 | $539.55 | 10/31/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 09/13/2022 | 2017104 | $539.55 | $0.00 | $539.55 | 09/21/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 08/17/2022 | 2016098 | $539.55 | $0.00 | $539.55 | 08/26/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 07/13/2022 | 2015026 | $502.15 | $0.00 | $502.15 | 07/20/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 06/14/2022 | 2014052 | $502.15 | $0.00 | $502.15 | 06/22/2022 |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 05/17/2022 | 2013033 | $502.15 | $0.00 | $502.15 | 05/27/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/12/2022 | 2011946 | $502.15 | $0.00 | $502.15 | 04/22/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010929 | $502.15 | $0.00 | $502.15 | 03/23/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009933 | $502.15 | $0.00 | $502.15 | 02/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008973 | $502.15 | $0.00 | $502.15 | 01/26/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/15/2021 | 2007949 | $502.15 | $0.00 | $502.15 | 01/03/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2021 | 2006934 | $502.15 | $0.00 | $502.15 | 11/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 10/14/2021 | 2005905 | $517.00 | $0.00 | $517.00 | 10/25/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/14/2021 | 2004848 | $517.00 | $0.00 | $517.00 | 09/27/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/18/2021 | 2003864 | $517.00 | $0.00 | $517.00 | 08/30/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/14/2021 | 2002779 | $517.00 | $0.00 | $517.00 | 07/27/2021 |
| 520-0 | SELENE FINANCE, LP | | 06/16/2021 | 2001823 | $517.00 | $0.00 | $517.00 | 06/24/2021 |
| 520-0 | SELENE FINANCE, LP | | 05/18/2021 | 2000839 | $500.50 | $0.00 | $500.50 | 05/26/2021 |
| 520-0 | SELENE FINANCE, LP | | 04/15/2021 | 1229447 | $500.50 | $0.00 | $500.50 | 04/29/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELENE FINANCE, LP | | 03/17/2021 | 1228435 | $500.50 | $0.00 | $500.50 | 03/30/2021 |
| 520-0 | SELENE FINANCE, LP | | 02/17/2021 | 1227411 | $500.50 | $0.00 | $500.50 | 03/02/2021 |
| 520-0 | SELENE FINANCE, LP | | 01/19/2021 | 1226393 | $500.50 | $0.00 | $500.50 | 02/03/2021 |
| 520-0 | SELENE FINANCE, LP | | 12/10/2020 | 1224612 | $546.00 | $0.00 | $546.00 | 12/29/2020 |
| 520-0 | SELENE FINANCE, LP | | 11/03/2020 | 1223624 | $500.50 | $0.00 | $500.50 | 11/19/2020 |
| 520-0 | SELENE FINANCE, LP | | 10/15/2020 | 1222829 | $495.00 | $0.00 | $495.00 | 10/29/2020 |
| 520-0 | SELENE FINANCE, LP | | 09/17/2020 | 1221846 | $354.45 | $0.00 | $354.45 | 09/25/2020 |

**Sub-totals:** $20,861.05   $0.00   $20,861.05

**Grand Total:** $20,861.05   $0.00