**Fill in this information to identify the case:**

Debtor 1: Dennis Alan Bickel

Debtor 2: Sandra Rae Bickel aka Sandy Rae Bickel
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA
(State)

Case number: 19-05443-HWV

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the LB-Cabana Series IV Trust

**Court claim no.** (if known): 3-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 8 0

**Property address:** 2048 Mount Vernon Circle
Number    Street

_____

Harrisburg, PA 17110
City                State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 07 / 2024
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / _____
MM / DD / YYYY

Debtor 1 _Dennis Alan Bickel_  Case number (*if known*) _19-05443-HWV_
          First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ _/s/ Lauren M. Moyer, Esquire_  Date _03_ / _05_ / _2024_
  Signature

Print _Lauren M. Moyer_  Title _Attorney for Creditor_
     First Name    Middle Name    Last Name

Company _Friedman Vartolo LLP_

**If different from the notice address listed on the proof of claim to which this response applies:**

Address _1325 Franklin Avenue, Suite 160_
     Number    Street

_Garden City_   _NY_   _11530_
City        State   ZIP Code

Contact phone ( _212_ ) _471_ – _5100_  Email _____

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
: 
IN RE: : CASE NO.: 19-05443-HWV
:
: CHAPTER: 13
Dennis Alan Bickel, :
Sandra Rae Bickel : HON. JUDGE.: Henry W. Van Eck
a*ka Sandy Rae Bickel*, :
:
 Debtor. :
:
:

---------------------------------------------------------------X


**CERTIFICATE OF SERVICE**

    I, Lauren M. Moyer, certify that on March __05__, 2024 I caused to be served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

    By: /s/ Lauren M. Moyer
    FRIEDMAN VARTOLO LLP
    1325 Franklin Avenue, Suite 160
    Garden City, New York 11530
    T: (212) 471-5100
    F: (212) 471-5150

## S<small>ERVICE</small> L<small>IST</small>

Dennis Alan Bickel
2048 Mount Vernon Circle
Harrisburg, PA 17110

Sandra Rae Bickel
aka Sandy Rae Bickel
2048 Mount Vernon Circle
Harrisburg, PA 17110
***Debtor***

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
***Debtor's Attorney***

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
***Trustee***

Asst. U.S. Trustee
United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
***U.S. Trustee***