United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-05443-HWV |
| Dennis Alan Bickel | Chapter 13 |
| Sandra Rae Bickel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 23, 2024 | Form ID: fnldec | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Dennis Alan Bickel, Sandra Rae Bickel, 2048 Mount Vernon Circle, Harrisburg, PA 17110-3709 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Indenture Trustee for Legacy Mortgage Asset Trust 2018-GS3 bkgroup@kmllawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services LLC as Servicer for U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of LB-Cabana Series IV Trust bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the LB-Cabana Series IV Trust |

|  |  |
|---|---|
|  | bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the LB-Cabana Series IV Trust bknotifications@ghidottiberger.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Dennis Alan Bickel pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Sandra Rae Bickel pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for LB-Tiki Series IV Trust bkecf@friedmanvartolo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Dennis Alan Bickel, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 1:19−bk−05443−HWV |
| Sandra Rae Bickel, | |
| aka Sandy Rae Bickel, | |
| **Debtor 2** | |

Social Security No.:
xxx−xx−1272    xxx−xx−6583

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: April 23, 2024

**fnldec** (01/22)